# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DAVID LEWIS TUCKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-14-1053-R |
| | ) |
| **KENNY LOFTISS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell. Doc. No. 10. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the claims against Defendant Smith and Defendant Judge Kelly are DISMISSED WITH PREJUDICE and the claims against Defendant Loftiss are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 15th day of December, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE